FILED
CLERK, U.S. DISTRICT COURT

FEB – 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

RICHARD A. BARKER,

    Petitioner,

 v.

JOHN SULLIVAN, Warden,

    Respondent.

)
)
)
)
)
)
)
)
)
)

No.  CV 06-8056-ABC (AGR)

**JUDGMENT**

   Pursuant to the order adopting the magistrate judge's report and recommendation,

   IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: _Feb 1, 2008_     _____

            AUDREY B. COLLINS
          UNITED STATES DISTRICT JUDGE